02-11-488-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

NO. 02-11-00488-CV

 

 


 
 
 In re Bobby Joe Roberts
 
 
  
 
 
 RELATOR
 
 


 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered Relator’s petition for writ of mandamus.  Relator sought a
writ of mandamus to compel the trial court to rule on his motion to modify
order to withdraw funds.  Because the trial court has ruled on Relator’s
motion, this court is of the opinion that relief should be denied. 
Accordingly, Relator’s petition for writ of mandamus is denied as moot.

 

PER CURIAM

 

PANEL: 
WALKER, J.; LIVINGSTON, C.J.; and MCCOY, J.

 

DELIVERED: 
November 30, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).